UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JILL CARUSO,<br><br>    Plaintiff,<br><br>v.<br><br>BRE/LQ PROPERTIES LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 1:13-cv-01309-SEB-TAB<br>§<br>§<br>§<br>§<br>§ |

**JOINT STIPULATION OF**
**FULL AND FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, Jill Caruso, ("Plaintiff") and Defendant, BRE/LQ Properties, LLC, ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

By: /s/ Pete M. Monismith
    Pete M. Monismith
    ATTORNEY AT LAW
    3945 Forbes Avenue, #175
    Pittsburgh, PA 15213
    Telephone: (724) 610-1881
    pete@monismithlaw.com
ATTORNEY FOR PLAINTIFF

By:/s/ Johanna Fister Norvell
    Johanna Fister Norvell
    Admitted *Pro Hac Vice*
    LOCKE LORD LLP
    600 Travis, Suite 2800
    Houston, TX 77002
    (713) 226-1423 (telephone)
    (713) 229-2599 (fax)
    hnorvell@lockelord.com

ATTORNEYS FOR DEFENDANT
BRE/LQ PROPERTIES LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of February 2014, the foregoing document has been served on the Plaintiff's counsel of record by electronic filing:

    Johanna Fister Norvell
    LOCKE LORD LLP
    600 Travis, Suite 2800
    Houston, TX 77002
    (713) 226-1423 (telephone)
    (713) 229-2599 (fax)
    hnorvell@lockelord.com

    /s/ Pete M. Monismith
    Pete M. Monismith