Acknowledged.
Date: 02/12/2014

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| JILL CARUSO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | §  Case No. 1:13-cv-01309-SEB-TAB |
| BRE/LQ PROPERTIES LLC, | § |
| | § |
| Defendant. | § |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Jill Caruso, ("Plaintiff") and Defendant, BRE/LQ Properties, LLC, ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

By:/s/ Pete M. Monismith
    Pete M. Monismith
    ATTORNEY AT LAW
    3945 Forbes Avenue, #175
    Pittsburgh, PA 15213
    Telephone: (724) 610-1881
    pete@monismithlaw.com
ATTORNEY FOR PLAINTIFF

    By:/s/ Johanna Fister Norvell
        Johanna Fister Norvell
        Admitted *Pro Hac Vice*
        LOCKE LORD LLP
        600 Travis, Suite 2800
        Houston, TX 77002
        (713) 226-1423 (telephone)
        (713) 229-2599 (fax)
        hnorvell@lockelord.com

ATTORNEYS FOR DEFENDANT
BRE/LQ PROPERTIES LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of February 2014, the foregoing document has been served on the Plaintiff's counsel of record by electronic filing:

    Johanna Fister Norvell
    LOCKE LORD LLP
    600 Travis, Suite 2800
    Houston, TX 77002
    (713) 226-1423 (telephone)
    (713) 229-2599 (fax)
    hnorvell@lockelord.com

                                                      /s/ Pete M. Monismith
                                                      Pete M. Monismith

Copies to:

Electronically registered counsel of record
via ECF

    HOU:0100520/00108:1716880v1